## CHAPMAN SLATE COMPANY V. SUTCLIFFE.

APPEAL by plaintiff from a judgment in favor of defendant, entered upon the report of a referee.

The action was brought against Eli Sutcliffe to recover for slate alleged to be sold and delivered.

*Shaw & Jeroloman,* for appellant.

*O. D. M. Baker,* for respondent.

BARNARD, P. J.

The opinion is devoted to the consideration of matters of fact.

*Judgment affirmed.*

---

## WREN V. COSMOPOLITAN GAS WORKS COMPANY.

*Injunction — what is not ground for.*

Defendants, who had the exclusive right to a patent for a State, wrote a letter to one using machinery of the same character, under a permit from plaintiff, that they alone had authority to permit the use of machinery under the patent, and that information would be furnished on application. *Held,* not sufficient to authorize an injunction, it not appearing that defendants asserted a hostile claim to plaintiff's patent.

APPEAL by defendants from an order at special term continuing an injunction.

The action was brought by William C. Wren against the Cosmopolitan Gas Works Company and Gilbert F. Ackerman, to restrain defendants from making certain statements in relation to plaintiff's business, and for damages for alleged false statements already made:

*Steele & Boyd,* for appellants.

*B. E. Valentine,* for respondent.

BARNARD, P. J.

The head-note contains all that is of any general importance in the opinion.

*Order reversed.*